IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LASHONDA BENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:17cv95-MHT |
| | ) | (WO) |
| SAFEWAY INSURANCE COMPANY | ) | |
| OF ALABAMA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

Plaintiff filed this lawsuit in state court against defendant, an insurance company, alleging that defendant wrongfully failed to provide insurance coverage after an automobile accident, and claiming misrepresentation, fraud, and suppression. Defendants removed this case to federal court, claiming that the court has diversity jurisdiction. See 28 U.S.C. § 1332. Plaintiff moved to remand. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's remand motion be granted and that the case be remanded to

state court for lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The magistrate judge's recommendation (doc. no. 18) is adopted.

(2) Plaintiff's motion to remand (doc. no. 14) is granted.

(3) This cause is remanded to the Circuit Court of Chambers County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 31st day of May, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE